IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CONSOLIDATED RAIL CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>HUDSON SPECIALTY INSURANCE COMPANY, ASPEN SPECIALTY INSURANCE COMPANY and LANDMARK AMERICAN INSURANCE COMPANY,<br><br>*Defendants.* | Civil Action<br><br>Case No.:  1:17-cv-12281 |

**PLAINTIFF's NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Consolidated Rail Corporation ("Conrail") hereby appeals to the United States Court of Appeals for the Third Circuit pursuant to 25 U.S.C. §129, from the District Court's June 10, 2019 Order in this matter granting Defendant Hudson Specialty Insurance Company's ("Hudson") motion for summary judgement, finding that Conrail's claims against Hudson are time barred and denying Plaintiff Conrail's cross-motion for summary judgment (Dkt. No. 65).  Conrail files this appeal solely as a precaution based on

the District Court's suggestion that the judgment was final as to Hudson, and reserves all rights to the extent the judgment is not final as to Hudson.

        Respectfully submitted,

        /s/ *Lisa J. Rodriguez*
        Lisa J. Rodriguez
        SCHNADER HARRISON SEGAL & LEWIS LLP
        Woodland Falls Corporate Park
        220 Lake Drive East, Suite 200
        Cherry Hill, New Jersey 08002
        Phone: 856-482-5741
        Email: ljrodriguez@schnader.com

        Rukesh A. Korde (rkorde@cov.com)
        Scott J. Levitt (slevitt@cov.com)
        COVINGTON & BURLING LLP
        850 Tenth Street NW
        Washington, DC  20001
        (202) 662-6000

Dated:  July 9, 2019        *Attorneys for Defendant,*
        *Consolidated Rail Corporation*