## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

CONSOLIDATED RAIL
CORPORATION,

v.

ASPEN SPECIALTY INSURANCE
COMPANY, et al.

Case No. 1:17-cv-12281

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this

action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

Civil Procedure.  Each party shall bear its own fees, costs and attorneys' fees.

SCHNADER HARRISON SEGAL &
LEWIS LLP

By:  Lisa J. Rodriguez
(ljrodriguez@schnader.com)
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Cherry Hill, NJ  08002-1165
(856) 482-5741

Rukesh A. Korde (rkorde@cov.com)
Scott J. Levitt (slevitt@cov.com)
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC  20001
(202) 662-6000

*Counsel for Plaintiff Consolidated Rail
Corporation*

KENNEDYS CMK LLP

By:  Christopher R. Carroll
(christopher.carroll@kennedyscmk.com)
Eduardo DeMarco
(eduardo.demarco@kennedyscmk.com)
P.O. Box 650
Basking Ridge, New Jersey 07920
(908) 848-6300

*Counsel for Defendant Hudson Specialty
Insurance Company*

CARTON LAW FIRM, LLC

By: James D. Carton, IV 026941991
(jdcartoniv@cartonlawfirm.com)
CARTON LAW FIRM, LLC
40 Union Ave., PO Box 367
Manasquan, New Jersey 08736-0367
(732) 223-1800

Timothy G. Church (church@bvlaw.net)
BRUCKMANN & VICTORY, LLP
420 Lexington Avenue, Suite 1621
New York, NY 10170
(212) 850-8500

*Counsel for Aspen Specialty Insurance
Company and Landmark American Insurance
Company*

Dated: July 26, 2019