# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>19-2592</u>

Conrail v. Aspen Specialty Insurance Co, et al

(U.S. District Court No.: 1-17-cv-12281)

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:   July 29, 2019
JK/cc:   Christopher R. Carroll, Esq.
         James Carton IV, Esq.
         Eduardo Demarco, Esq.
         Lisa J. Rodriguez, Esq.
         Mr. William T. Walsh

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate